**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

ALEJANDRO M. CERNA, GARY VENTURELLI,
CHRISTOPHER S. WALCZAK, ALI
ABDOLLAHZADEH, MATTHEW ADAMIK,
PATRICK AMEND, ERIC D. ANTROBUS,
MICHAEL BAILEY, MICHAEL R. BASTIAN,
DANIEL BAUMGARTNER, JOSEPH BOWEN,
JAMES BUCKNER, BRIAN F. BYRNES,
MATTHEW BYRON, GUIDO CALCAGNO,
BORISLAV CEKO, MARIO CERNA, BRANDON
CERRITO, DUANE CERRITO, CHARLES C.
CIMORELLI, DANIEL COFFEY, THOMAS P.
CREEDON, JONATHAN R. CZERWIEN, DANIEL
R. DALY, MICHELLE DARBRO, JASON DE
ANGELIS, MICHAEL DELMARTO, BRENDAN
DOMINICK, ROBERT P. DUBBERKE, RYAN
DYKEMA, EDGARDO A. ESTRADA, JAMES
FITZGERALD, DANIEL J. FOSCO, SEAN
MARTIN GORE, SCOTT M. GORNY, ALLEN W.
GRABER, MATTHEW A. GRABER, THERESA
GUDITIS, MICHAEL GUERIN, KENNETH
HANIK, SEVEREN HENDERSON, JOHN P.
HERNANDEZ, JOHN HERZOG, CHERI HOLMES,
ROBERT S. HONAN, MICHAEL IMPARATO,
PATRICK J. JESSEE, WILLIAM JUSTIZ, RIKI J.
KAELIN, BERTRAM KANESHIRO, MICHAEL
KASPAR, JOSEPH D. KENEIPP, JASON
KLAUSING, JOSHUA W. KOWALCZYK, FRANK
KRAWCZYK, ARTHUR KUTMAN, MARK
LINDQUIST, MITCHELL C. LUDWIG,
ALEXANDER LUGO, SETH MARTINEZ,
KRISTOPHER MATTSON, JORDAN
MCDERMOTT, BRIAN MCMAHON, MICHAEL J.
MODJESKI, RICARDO MONTIEL, JR., ALFRED F.
MUELLER, ANGEL A. NIEVES, DANIEL G.
OBERHOLZ, MATTHEW J. O'DONNELL,
WILLIAM PASSMORE, ANDREW PAUKERT,
GUILLERMO PEREZ, SCOTT PILAFAS, BRIAN
PILLON, STEVEN E. RADZIK, HARRY
RAYBORN, SEAN REARDON, JAMES REGAN,
JAIMIE REID, NATHAN RHODES, ANTHONY M.
RIZZO, RAY A. ROSANIA, TIMOTHY F.
ROTTMAN, MARTIN SCHNATTERBECK,

JURY TRIAL DEMANDED

Case. No.17 cv 2745

Judge Robert M. Dow, Jr.

Magistrate Judge Susan E. Cox

WESLEY SIENKIEWICZ, PAUL SIMANDL,
DAVID SOBEK, CHRISTOPHER SORENSON,
ERIK STEINMETZ, TIMOTHY L. STOKES, JR.,
ANTONIO SUAREZ, JOHN SZCZESNIAK,
DANIEL THEUSCH, ADAM J. TRAYLOR,
MATTHEW VASQUEZ, CHRISTIAN VATES,
DARREN VERDERBER, JOSEPH WHITE,  PETER
WOOD, THOMAS ZIOLKOWSKI and
CHRISTOPHER W. ZUELKE,

    Plaintiffs,

  v.

CITY of CHICAGO, a Municipal Corporation,

    Defendant.

## FIRST AMENDED COMPLAINT

NOW COME the Plaintiffs, ALEJANDRO M. CERNA, GARY VENTURELLI,

CHRISTOPHER S. WALCZAK, ALI ABDOLLAHZADEH, MATTHEW ADAMIK,

PATRICK AMEND, ERIC D. ANTROBUS, MICHAEL BAILEY, MICHAEL R. BASTIAN,

DANIEL BAUMGARTNER, JOSEPH BOWEN, JAMES BUCKNER, BRIAN F. BYRNES,

MATTHEW BYRON, GUIDO CALCAGNO, BORISLAV CEKO, MARIO CERNA,

BRANDON CERRITO, DUANE CERRITO, CHARLES C. CIMORELLI, DANIEL COFFEY,

THOMAS P. CREEDON, JONATHAN R. CZERWIEN, DANIEL R. DALY, MICHELLE

DARBRO, JASON DE ANGELIS, MICHAEL DELMARTO, BRENDAN DOMINICK,

ROBERT P. DUBBERKE, RYAN DYKEMA, EDGARDO A. ESTRADA, JAMES

FITZGERALD, DANIEL J. FOSCO, SEAN MARTIN GORE, SCOTT M. GORNY, ALLEN

W. GRABER, MATTHEW A. GRABER, THERESA GUDITIS, MICHAEL GUERIN,

KENNETH HANIK, SEVEREN HENDERSON,  JOHN P. HERNANDEZ, JOHN HERZOG,

CHERI HOLMES, ROBERT S. HONAN, MICHAEL IMPARATO, PATRICK J. JESSEE,

WILLIAM JUSTIZ, RIKI J. KAELIN, BERTRAM KANESHIRO, MICHAEL KASPAR,

JOSEPH D. KENEIPP, JASON KLAUSING, JOSHUA W. KOWALCZYK, FRANK KRAWCZYK, ARTHUR KUTMAN, MARK LINDQUIST, MITCHELL C. LUDWIG, ALEXANDER LUGO, SETH MARTINEZ, KRISTOPHER MATTSON, JORDAN MCDERMOTT, BRIAN MCMAHON, MICHAEL J. MODJESKI, RICARDO MONTIEL, JR., ALFRED F. MUELLER, ANGEL A. NIEVES, DANIEL G. OBERHOLZ, MATTHEW J. O'DONNELL, WILLIAM PASSMORE, ANDREW PAUKERT, GUILLERMO PEREZ, SCOTT PILAFAS, BRIAN PILLON, STEVEN E. RADZIK, HARRY RAYBORN, SEAN REARDON, JAMES REGAN, JAIMIE REID, NATHAN RHODES, ANTHONY M. RIZZO, RAY A. ROSANIA, TIMOTHY F. ROTTMAN, MARTIN SCHNATTERBECK, WESLEY SIENKIEWICZ, PAUL SIMANDL, DAVID SOBEK, CHRISTOPHER SORENSON, ERIK STEINMETZ, TIMOTHY L. STOKES, JR., ANTONIO SUAREZ, JOHN SZCZESNIAK, DANIEL THEUSCH, ADAM J. TRAYLOR, MATTHEW VASQUEZ, CHRISTIAN VATES, DARREN VERDERBER, JOSEPH WHITE, PETER WOOD, THOMAS ZIOLKOWSKI and CHRISTOPHER W. ZUELKE, (hereinafter referred to as "Paramedics") by and through their attorney, Jac A. Cotiguala, and bring this action on behalf of themselves to recover from Defendant unpaid overtime compensation, liquidated damages, attorney's fees, and costs pursuant to the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §216(b) (hereinafter "FLSA").

     1.    Jurisdiction over Paramedics' claims is conferred on this Court pursuant to 29 U.S.C. § 216, 28 U.S.C. § 1331 and § 1337.

     2.    Venue is proper pursuant to 29 U.S.C. § 1391 as Defendant, City of Chicago ("City"), has its principal place of business and the events giving rise to the claims occurred within the geographic jurisdiction of this Court.

## Count I – FLSA

Plaintiffs complain against Defendant as follows:

3.      At all relevant times, the City has been an employer, a public agency, and an enterprise "engaged in commerce" as defined by Sections 3(d), (r) (s) and (x) of the Fair Labor Standards Act, 29 U.S.C §203.

4.      At all relevant times, Paramedics were "employees" of the City as defined by Section 3(e) of the FLSA.  29 U.S.C. §203(e).

5.      At all relevant times, the City employed plaintiffs in the Firefighter/Paramedic position of the Chicago Fire Department, however, each was assigned on occasion to perform work as ambulance paramedics within the Fire Department's Bureau of Emergency Medical Services, all in Chicago, Illinois.

6.      Ambulance Paramedics' job duties and terms and conditions of employment is not work which has a partial exemption from the overtime requirements of the FLSA via Section 7K.

7.      The City has violated each plaintiff's FLSA right to proper overtime pay including one or more of the following ways:

      A.    Plaintiffs were reassigned to fill an entire ambulance paramedic shift and were not paid FLSA overtime.

      B.    Plaintiffs were reassigned during their Firefighter/Paramedic position shift to an ambulance paramedic position and, to the extent required by the FLSA, not paid overtime.

    C.    Plaintiffs were paid time and one half for recognized overtime but were not paid the overtime at time and one half their regular rate as that term is defined in U.S.C. 207.

WHEREFORE, Paramedics pray that this Court enter judgment in Paramedics' favor and against the City, and that the City pay to Paramedics:

    a.    The full amount of wages due for all hours worked, and an equal amount in liquidated damages plus prejudgment interest as far back as a non-willful violation of the FLSA allows;

    b.    Reasonable attorneys' fees and costs; and

    c.    All other relief that this Court deems necessary and just.

### Count II – FLSA – WILLFUL

Paramedics on behalf of themselves, re-allege and restate paragraphs 1-7 above as if fully set forth therein.

8.    Also between January 1, 2014 and the present, the City failed to pay recognized overtime at time and one half the regular rate as that term is defined in the FLSA.

9.    At all times relevant hereto the City either knew or in reckless disregard should have known that Paramedics performed duties for which they were not paid overtime, in accordance with the FLSA.

10.    The City knew or in reckless disregard should have known that it violated and continues to violate federal law by paying Paramedics less than required by the FLSA for overtime worked.

11.     The City previously resolved FLSA lawsuits on behalf of paramedics, *Alex v City of Chicago*, 29 F.3d 1235 (7th Cir., 1994); *Alvarez, et al. v. City of Chicago*, 6 cv 4639; *Caraballo, et al. v. City of Chicago*, 7 cv 2807; *Baley, et al. v. City of Chicago*, 9 cv 228; and *Canby, et al. v. City of Chicago*, 12 cv 669. As a result of these lawsuits, the City was well aware that the overtime provision of the FLSA applies to Paramedics and that it should make its pay conform with the requirements of the FLSA.


WHEREFORE, Paramedics pray that this Court enter judgment in their favor and against the City, and that the City pay Paramedics:

a.     The full amount of wages due for all hours worked, and an equal amount in liquidated damages plus prejudgment interest for as far back as a willful violation of the FLSA allows;

b.     Reasonable attorneys' fees and costs; and

c.     All other relief that this Court deems necessary and just.


Dated: June 13, 2017                    Respectfully submitted,


By:     /s/ Jac A. Cotiguala
        Attorney for Plaintiffs

Jac A. Cotiguala
Law Office of Jac A. Cotiguala
431 South Dearborn Street, Suite 606
Chicago, IL 60605
(312) 939-2100