**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ALEJANDRO M. CERNA, *et al*. | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 17 cv 2745 |
| | ) | |
| v. | ) | Judge Robert M. Dow, Jr. |
| | ) | |
| CITY OF CHICAGO, a Municipal Corporation, | ) | Magistrate Judge Susan Cox |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE
CLAIMS OF REMAINING PLAINTIFFS**

Plaintiffs Alejandro M. Cerna, Gary Venturelli, Christopher S. Walczak, Ali Abdollahzadeh, Matthew Adamik, Patrick Amend, Eric D. Antrobus, Michael Bailey, Michael R. Bastian, Daniel Baumgartner, Joseph Bowen, James Buckner, Matthew Byron, Guido Calcagno, Borislav Ceko, Mario Cerna, Brandon Cerrito, Duane Cerrito, Charles C. Cimorelli, Daniel Coffey, Thomas P. Creedon, Jonathan R. Czerwien, Daniel R. Daly, Michelle Darbro, Jason De Angelis, Michael Delmarto, Brendan Dominick, Robert P. Dubberke, Ryan Dykema, James Fitzgerald, Sean Martin Gore, Scott M. Gorny, Allen W. Graber, Matthew A. Graber, Theresa Guditis, Michael Guerin, Kenneth Hanik, Severen Henderson, John P. Hernandez, John Herzog, Cheri Holmes, Robert S. Honan, Michael Imparato, Patrick J. Jessee, William Justiz, Riki J. Kaelin, Joseph D. Keneipp, Jason Klausing, Joshua W. Kowalczyk, Frank Krawczyk, Arthur Kutman, Mark Lindquist, Mitchell C. Ludwig, Seth Martinez, Kristopher Mattson, Jordan McDermott, Brian McMahon, Michael J. Modjeski, Ricardo Montiel, Jr., Alfred F. Mueller, Angel A. Nieves, Daniel G. Oberholz, Matthew J. O'Donnell, Andrew Paukert, Scott Pilafas,

Brian Pillon, Steven E. Radzik, Harry Rayborn, Sean Reardon, James Regan, Jaimie Reid, Anthony M. Rizzo, Ray A. Rosania, Timothy F. Rottman, Wesley Sienkiewicz, Paul Simandl, David Sobek, Christopher Sorenson, Erik Steinmetz, Timothy L. Stokes, Jr., Antonio Suarez, John Szczesniak, Adam J. Traylor, Matthew Vasquez, Christian Vates, Darren Verderber, Joseph White, Peter Wood, Thomas Ziolkowski, Christopher W. Zuelke, Robert K. Blair, Jennifer Karaboyas, Phillip Trotter and Daniel A. Kairis ("Remaining Plaintiffs"), and Defendant City of Chicago, by their respective attorneys and pursuant to FRCP 41, stipulate that the Remaining Plaintiffs' claims in this case shall be dismissed without prejudice, with all parties to bear their own costs and fees.

Dated: May 21, 2018

**PLAINTIFFS**

By: */s/ Jac A. Cotiguala*
    Law Offices of Jac A. Cotiguala
    Counsel for Plaintiffs

**EDWARD N. SISKEL**
Corporation Counsel of the City of Chicago

By: */s/ Spiridoula Mavrothalasitis*
    Spiridoula Mavrothalasitis
    Assistant Corporation Counsel
    Counsel for Defendant